UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-33-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ERIC PYATT,** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **INGERSOLL RAND FINANCIAL SERVICES CORP.,** | ) | |
| | ) | |
| Garnishee. | ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Continuing Garnishment. The government states that the balance of the assessment, fine, and/or restitution debt has been satisfied. Having thus considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Continuing Garnishment (#136) is **GRANTED**, and the Order of Continuing Garnishment (#118) filed on July 26, 2011 is **DISMISSED**.

Signed: August 10, 2018

Max O. Cogburn Jr.
United States District Judge